**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────

**No. 97-6075**

─────────────

UNITED STATES OF AMERICA,

                                 Plaintiff - Appellee,

    versus

DAVID REID DENNIS,

                                 Defendant - Appellant.

─────────────

Appeal from the United States District Court for the Western District of North Carolina, at Charlotte. Robert D. Potter, Senior District Judge. (CR-93-150-P, CA-96-216-3-P)

─────────────

Submitted: April 29, 1998         Decided: May 13, 1998

─────────────

Before MURNAGHAN, NIEMEYER, and WILLIAMS, Circuit Judges.

─────────────

Dismissed by unpublished per curiam opinion.

─────────────

David Reid Dennis, Appellant Pro Se. Harry Thomas Church, Assistant United States Attorney, Charlotte, North Carolina, for Appellee.

─────────────

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West 1994 & Supp. 1997). We have reviewed the record and the district court's opinion and find no reversible error. We find that the evidence supports Dennis's 18 U.S.C. § 924(c) (1994) conviction in light of <u>Bailey v. United States</u>, 516 U.S. 137, 148 (1995) (holding that clear examples of use include "brandishing, displaying, bartering, striking with, and most obviously, firing or attempt to fire a firearm"). Accordingly, we deny a certificate of appealability and dismiss the appeal substantially on the reasoning of the district court. <u>United States v. Dennis</u>, Nos. CR-93-150-P; CA-96-216-3-P (W.D.N.C. Dec. 11, 1996). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>DISMISSED</u>

2